# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Haydan Ryan Gopie,<br><br>　　　Petitioner,<br><br>v.<br><br>TODD LYONS, field office director for U.S. Immigration and Customs Enforcement (ICE) in New York, Kristi Noem, Secretary of the Department of Homeland Security, Pamela Bondi, Attorney General, Warden, Nassau County Correctional Center;<br>　　　Respondents. | Case No. **25-5229**<br><br>**ORDER TO SHOW CAUSE** |

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause pursuant to 28 U.S.C. § 2243 and Petitioner's Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED that:

1. Respondent shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by September 23, 2025;

2. Petitioner shall have an opportunity to file a reply by September 26, 2025;

3. This matter shall be heard by this Court on September 30, 2025 at 10:00 A.M. in Courtroom 930;

4. Service of this Order shall be made by Petitioner on the United States Attorney for the Eastern District of New York by 12:00 P.M. on September 19, 2025 and shall constitute good and sufficient service.

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　*/s/ Sanket J. Bulsara*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SANKET J. BULSARA
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:　September 18, 2025
　　　　Central Islip, New York